UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

VERISIGN, INC.,

    Plaintiff,

v.                                                    CASE NO. 3:15-mc-19-J-32JBT

XYZ.COM, LLC, and
DANIEL NEGARI,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court on Verisign, Inc.'s Motion to Compel Production of Documents From Web.com and Network Solutions (collectively "Web.com") in Response to Non-Party Subpoenas ("Motion") (Doc. 1), Web.com's Response thereto (Doc. 8), and the parties' Joint Notice (Doc. 14).

The Joint Notice states that the parties have reached an agreement regarding the subject discovery. (*Id.*) Therefore, the Motion is moot.

Accordingly, it is **ORDERED**:

The Motion (**Doc. 1**) is **DENIED without prejudice as moot**.

**DONE AND ORDERED** at Jacksonville, Florida, on July 20, 2015.

_____
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:

Counsel of Record